IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC.<br>d/b/a IOU FINANCIAL, INC<br><br>    Plaintiff,<br>vs.<br><br>LEONARDO'S AUTO BODY S.I.N.Y., INC. ,<br>LEONARDO'S AUTO BODY OF STATEN ISLAND, INC.,<br>ARTHUR R. SANTOPIETRO, SR.,<br>ARTHUR A. SANTOPIETRO, JR. D/B/A GLASS DOCTOR OF STATEN ISLAND,<br>KAREN A. SANTOPIETRO,<br>GLASS DOCTOR OF STATEN ISLAND A/K/A 13 MORNING START ROAD GLASS DTR OF STATEN ISLAND INC.<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CASE NO. 4:19-00207-CDL |

## **ORDER GRANTING MOTION TO TRANSFER**

Upon consideration of Plaintiff's Motion to Transfer, review of the record, being advised in the premises, the Court finds that a hearing is not required.

Per 28 U.S.C. § 1406 and/or § 1404, the Motion is GRANTED. The Clerk will transfer this case to the Northern District of Georgia and will then close this case.

IT IS SO ORDERED this  13th      day of May    , 2020.

        S/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE